

**JOHN D. KINARD**
**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/1/2015 9:40:24 AM
CHRISTOPHER A. PRINE
Clerk

April 01, 2015

Christopher Prine Clerk
14th Court of Appeals
301 Fannin, , Suite 245
Houston, Texas 77002-2066

## NOTICE OF ASSIGNMENT ON APPEAL

**IN RE: The State of Texas vs. David Ruiz**
**CASE NUMBER: 11-CR-1921**
**212th District Court**

Dear Clerk:

Please find enclosed a copy of the notice of appeal was filed in the above case. This case is assigned to the **14th COURT OF APPEALS, HOUSTON TEXAS.** Please note the following information.

      **Date of Judgment Appealed from: March 19, 2015 (Judgment Adjudicating Guilt)**
      **Notice of Appeal: March 19, 2015**
      **Motion for New Trial: N/A**
      **Offense Convicted of: SEXUAL ASSAULT CHILD**
      **Judgment and Sentence: Twenty (20) Years Institutional Division, TDCJ**
      **Trial Judge: Patricia Grady**
      **Court Reporter: Leslie Kesteron**

Any motions for Extension of Time to file the record on appeals must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record. Thank you.

Sincerely,

JOHN D. KINARD
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

By: _Terrie Kahla_
Terrie Kahla

11 – CR – 1921
DCAPALCA
Appeal – Assignment Letter to the Court of Ap
1016487

*600 59th Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

CC: With Attachment Notice of Appeal

CC: Jack Roady, Criminal District Attorney of Galveston County, Texas
600 59th Street, Suite 1001
Galveston TX, 77551-4137

CC: Joseph Kyle Verret,  Attorney for Appellant
2029 Strand STE 3
Galveston TX  77550

CC: Leslie Kesterson, Court Reporter
212th District Court
600 59th Street
Galveston, TX 77551

*600 59th Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

CAUSE NUMBER _11 CR 1921_

THE STATE OF TEXAS

IN THE DISTRICT COURT OF

VS.

_Daniel Luiy_

GALVESTON, COUNTY, TEXAS

_212_ JUDICIAL DISTRICT

**NOTICE OF APPEAL**

On this _19th_ day of _March_ , _2015_ the Defendant
individually or by Attorney, in the above styled and numbered cause by written notice
hereby excepts to Judgment/Sentence or appealable order. Defendant hereby gives
Notice of Appeal to be filed in the Court of Appeals, 1st or 14th Supreme Judicial District:

_____

Defendant

Or_____

Attorney
State BarNo. _24059598_

**The Following to be Completed by Clerk:**

Date of Judgment or other Order Appealed from: _3|19|15_
Name of Trial Court Judge: _Patricia Grady_
Name of Court Reporter: _Leslie Kosterson_
Name of Attorney on Appeal: _____ Bar No. _____
Address: _____
Telephone No. _____ Fax No. _____
Name of State's Attorney on Appeal : Jack Roady, Bar No. 24027780 Galveston County
Criminal District Attorney, Galveston County Courthouse, 600 59TH Street, Galveston,
Texas 77551 Phone No. (409) 766-2355 Fax No. (409) 766-2290
Defendant Incarcerated?   Yes ✓   No_____
Offense Convicted of: _Sexual Assault of Child_
Punishment Assessed: _20 years Institutional Division, TDCJ_
Who Assessed Punishment?  Trial Court ✓   Jury_____
Appeals Consolidated under this Cause No: _____
Companion Case, if Applicable:_____
Defendant on Appeal Bond?  Yes_____   No ✓

11-CR-1921
DCAF
Appeal - Notice
1010193

3